## Patrick C. Kelly, Appellee, v. Chicago City Railway Company, Appellant.

### Gen. No. 23,297.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed March 13, 1918. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Action by Patrick C. Kelly, plaintiff, against Chicago City Railway Company, defendant, to recover damages for personal injuries. From a judgment for plaintiff for $2,000, defendant appeals.

Joseph D. Ryan and Watson J. Ferry, for appellant; W. W. Gurley and J. R. Guilliams, of counsel.

James C. McShane and Richard J. Finn, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

### Abstract of the Decision.

1. Street railroads, § 131*—*when findings as to negligence and contributory negligence not disturbed.* Evidence *held* insufficient to warrant disturbing findings as to defendant's negligence and plaintiff's contributory negligence, in an action to recover damages for personal injuries sustained by a collision between plaintiff's wagon and defendant's street car.

2. Appeal and error, § 1631*—*when remarks of counsel are harmless error.* An improper remark of counsel for plaintiff in a personal injury case, which was withdrawn on objection thereto, did not constitute reversible error under the circumstances.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.